UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
VIRGINIA NORMAN, :
:
                Plaintiff, :
:
   -against- : <u>ORDER</u>
:
ADECCO USA, INC., : 17 Civ. 9354 (GBD)
:
:
              Defendant. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

    The Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       March 23, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge